# **ORIGINAL**

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW HAMPSHIRE

<u>Sanjeev Lath</u>

    v.                                    Civil No. 16-cv-463-LM

<u>Oak Brook Condominium</u>
<u>Owners' Association</u>

### **Verdict Form**

I. <u>Liability</u>

    **Question 1:** Do you find by a preponderance of the evidence that Oak Brook Condominium Owners' Association violated the Fair Housing Act by discriminating against Sanjeev Lath on the basis of his handicap?

    Yes _____                           No __X__

    **If you answered "No" to Question 1, your deliberations are complete. Please have the Jury Foreperson sign and date this verdict form and notify the Court Security Officer that you have reached a verdict.**

    **If you answered "Yes" to Question 1, please proceed to Section II, pertaining to Damages.**

II. <u>Damages</u>

    **Question 2:** What amount of nominal damages do you award to Sanjeev Lath?

    _____
    (Please enter the amount in words, not numbers, as if you were writing a check.)

1

After answering Question 2, your deliberations are complete. Please have the Jury Foreperson sign and date this verdict form and notify the Court Security Officer that you have reached a verdict.

Date: September 25, 2018

_____
Foreperson

2